# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. DICKMAN, | Case No. 2:25-cv-05594-MEMF-PD |
| Petitioner, | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| J. ENGLEMAN, Warden, FCI Terminal Island, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge ("the Report"). No objections to the Report have been filed.

The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions. Accordingly, Respondent's Motion to Dismiss is granted and Judgment will be entered dismissing the Petition without prejudice.

DATED: March 30, 2026



_____

HON. MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE