JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. DICKMAN,<br><br>            Petitioner,<br><br>       v.<br><br>J. ENGLEMAN, Warden, FCI Terminal Island, et al.,<br><br>            Respondents. | Case No. 2:25-cv-05594-MEMF-PD<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is DENIED, and this action is DISMISSED without prejudice.

DATED:  March 30, 2026



_____
HON. MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE